No. 05–7011. RODRIGUEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–7026. EGGERS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 05–7382. GILL v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 05–7471. BOWER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–7489. GORMAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–7492. GOODEN v. MATHES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–7493. FOUNTAIN v. GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–7495. OWENS v. INGRAM. C. A. 8th Cir. Certiorari denied.

No. 05–7498. ODUM v. BUONASSISSI. Ct. Sp. App. Md. Certiorari denied.

No. 05–7501. SANDRES v. LOUISIANA OFFICE OF GENERAL COUNSEL ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–7508. JACKSON v. CALIFORNIA COMMISSION ON JUDICIAL PERFORMANCE ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7511. ARORA v. INDERNELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7515. MOON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–7519. LARSON v. COOPER ET AL. Sup. Ct. Alaska. Certiorari denied.